# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

JESSICA WAHL,

    Plaintiff,

                                                       Case No.: 17-CV-20520-Williams/Simonton

v.

MUTUAL OF OMAHA INSURANCE COMPANY,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Jessica Wahl, pursuant to Local Rule 16.2, hereby advises the Court that this case has settled by an amicable resolution. Plaintiff will file a notice of dismissal with prejudice, with each party to bear its own costs and attorney's fees and costs, once the settlement and release have been finalized. Plaintiff respectfully requests this Court maintain jurisdiction over this action until that time.

Dated: June 28, 2017

                                        Respectfully submitted,

                                        */s/ Edward Philip Dabdoub*
                                        Edward Philip Dabdoub (FBN. 45685)
                                        eddie@longtermdisability.net
                                        Carter E. Meader (FBN. 116907)
                                        carter@longtermdisability.net
                                        DABDOUB LAW FIRM, P.A.
                                        1600 Ponce de Leon Blvd., Suite 1205
                                        Coral Gables, Florida 33134
                                        Tel: (305) 754-2000
                                        Fax: (305) 754-2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing Notice with the Clerk of Court by using the CM/ECF system, which will, in turn, send a notice of electronic filing to Defendant's Attorney, Wendy Furman, EDISON, MCDOWELL & HETHERINGTON, LLP. 2101 N.W. Corporate Blvd., Suite 316 Boca Raton, FL 33431 on this 28th day of June 2017.

*/s/ Edward P. Dabdoub*
Edward P. Dabdoub