UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JESSICA WAHL,

    Plaintiff,

                                              Case No.: 17-CV-20520-Williams/Simonton

v.

MUTUAL OF OMAHA
INSURANCE COMPANY,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Jessica Wahl, and Defendant, Mutual of Omaha Insurance Company, by and through their respective undersigned counsel, hereby stipulate based on the settlement reached by the Plaintiff and the Defendant in the above-captioned action, all claims be dismissed with prejudice, including all claims that were or could have been raised in this action, with each party to bear its own attorneys' fees and costs.

Respectfully submitted this 26th day of July 2017,

| | |
|---|---|
| *s/Wendy Furman* | */s/ Edward Philip Dabdoub* |
| Wendy L. Furman (FBN. 0085146) | Edward Philip Dabdoub (FBN. 45685) |
| EDISON, MCDOWELL & | eddie@longtermdisability.net |
| HETHERINGTON LLP | Carter Meader (FBN. 116907) |
| 2101 N.W. Corporate Blvd., Suite 316 | carter@longtermdisability.net |
| Boca Raton, FL 33431 | DABDOUB LAW FIRM, P.A. |
| (561) 430-3025 | 1600 Ponce de Leon Blvd., Suite 1205 |
| (561) 982-8985 fax | Coral Gables, Florida 33134 |
| wendy.furman@emhllp.com | Tel: (305) 754-2000 |
| | Fax: (305) 754-2007 |

*Attorneys for Defendant*

*s/Frank N. Darras*
Frank N. Darras
CA Bar No. 128904
Frank@DarrasLaw.com
Susan B. Grabarsky
CA Bar No. 203004
SGrabarsky@DarrasLaw.com
DARRAS LAW
3257 East Guasti Road, Suite 300
Ontario, CA 91761-1227
Telephone: 909-390-3770
Facsimile: 909-974-2121

ADMITTED PRO HAC VICE

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of July 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notice to all counsel of record.

BY: */s/Edward P. Dabdoub*
Edward Philip Dabdoub (FBN. 45685)